AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
MAR 03 2020
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christian Raul CARRILLO Iniguez | ) | Case No. M-20-566-M |
| Mex 1997 | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 2, 2020** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and Intentionally Possess with Intent to Distribute a Controlled Substance, that is Approximately 61 Kilograms of Crystal Methamphetamine a Schedule II Controlled Substance Under the Controlled Substances Act |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_Complainant's signature_

Luis Rosales, TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 03/02/2020 10:12am

_Judge's signature_

City and state: McAllen, Texas

Magistrate Judge Jaun F. Alanis
_Printed name and title_

## ATTACHMENT

On March 2, 2020, Texas Department of Public Safety Criminal Investigation Division Special Agents received information from a Source of Information (SOI) regarding possible narcotics activity in the Pharr, Texas area. With the information, and knowledge of prior narcotics transactions in the Pharr, Texas area, Agents established surveillance near the intersection of Jackson Road and Dicker Road in Pharr, Texas.

While conducting surveillance, Agents observed a grey, 2008 Volkswagen Rabbit displaying Texas registration LPZ-8781, registered to Eric Salcedo at 1621 Debbie Lane in Mission, Texas, entering the Walmart parking lot in Pharr, Texas. Agents observed the vehicle driving very slowly and in a surreptitious manner. Agents coordinated with Pharr police officers and advised them of the direction of travel as the vehicle drove through the parking lot and exited on to Jackson Road. Pharr Police K-9 Officer Daniel Calvillo observed a Hispanic male subject driving the Volkswagen, later identified as CARRILLO, with expired vehicle registration.

Officer Calvillo initiated a traffic stop on CARRILLO in which he pulled over onto the shoulder of the road in Pharr, Texas. While speaking with CARRILLO, Officer Calvillo asked CARRILLO for consent to search the Volkswagen in which CARRILLO agreed. During the search, Officer Calvillo utilized a narcotics K-9 Gemma which gave a positive indication for the presence of a narcotic odor emitting from the vehicle. Officer Calvillo located four speaker boxes in the hatch area of the Volkswagen which weighed much heavier than a normal speaker box would weigh. CARRILLO was detained and transported to the Pharr Police Department.

While at the Pharr Police Department, CARRILLO was read his Miranda Rights in his preferred language of Spanish and agreed to speak with Agents without his attorney present.

A preliminary field test was later conducted using a sample of the white, crystal-like substance which yielded a positive indication for the presence of methamphetamine. The suspected methamphetamine was extracted from the box and weighed approximately 61 kilograms.

Shortly after, CARRILLO was interviewed and video recorded at the Pharr Police Department. During the video interview CARRILLO took responsibility of the narcotics, stating he knew narcotics were inside the speakers but did not know what the narcotics were and advised that he was supposed to be paid for transporting the narcotics.